IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CATHLEEN OSTRANDER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, | : | |
| Commissioner of Social Security | : | NO. 12-5333 |

FILED
DEC 13 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**ORDER**

AND NOW, this 12th day of December, 2013, upon consideration of Plaintiff's Motion for Summary Judgment/Brief and Statement of Issues in Support for Review, Defendant's response thereto, Plaintiff's reply and the record herein, and after review of the Report and Recommendation of M. Faith Angell, United States Magistrate Judge, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The relief requested in Plaintiff's Brief and Statement of Issues in Support of Request for Review [Docket Entry No. 8] is GRANTED.

3. The matter is REMANDED to the Commissioner for further proceedings. The ALJ must augment the record to the address the issue of agoraphobia and its impact on Plaintiff's residual functional capacity, with the assistance of a medical adviser if warranted.

4. No objections.

BY THE COURT:

_____
EDMUND V. LUDWIG, J.

1 | Page

cc: MFA